FILED

2018 NOV 15 PM 12: 50

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INDICTMENT** |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:18 CR 686 |
| | ) Title 21, Sections 841(a)(1), |
| WANDA KELLY, | ) (b)(1)(B) and 853, United States |
| | ) Code |
| Defendant. | ) |

JUDGE POLSTER

### COUNT 1
(Possession with Intent to Distribute a Controlled Substances,
in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B))

The Grand Jury charges:

1. On or about December 7, 2016, in the Northern District of Ohio, Eastern Division, Defendant WANDA KELLY did knowingly and intentionally possess with intent to distribute approximately 57.69 grams of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

### FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant WANDA KELLY shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result

of such violation; and any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.